IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE, DIVISION

RECEIVED
MAR 26 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Donald Middlebrooks, #129769 )
)
    Plaintiff, )
)
v. )  Case No: 3:23-cv-0054
)  Judge Richardson / Holmes
)
Lisa Helton, Commissioner et.al., )
)
    Defendants, )

## MOTION FOR REVIEW OF ORDER

    Comes now the Plaintiff, Donald Middlebrooks, by and through himself and respectfully files this motion for review in objection to the Order handed down by the Honorable Magistrate Holmes on the 11th day of March 2025. In support of this Motion the following will be shown.

1.) Federal Rules of Civil Procedure 12(f) state the following:

(f) **Motion to Strike**. The court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter…

While the plaintiff admits to a limited understanding of how the Laws and Court rulings may affect certain issues, as well as how individuals can redress the deprivations suffered by ill intending authority figures, he does have a small understanding of the English language. The part of language the plaintiff would bring to this Honorable Courts attention is simply "Insufficient Defense," just one of the criteria for the Motion to Strike. The word "Insufficient" simply means not enough. The word "Defense" simply means the act of defending. The plaintiff moved this Honorable court to "strike" the defendants motion for summary judgment simply because without

1

the ill-gotten, illegally obtained, unfair, unethical and immoral way the defendants attorneys of record obtained the information contained in their summary judgment should by all reasoning be removed from a court of law which is supposed to be bound by fairness, judicial equity and the rule of law, not driven by the "good ole boy" club ethos. Pursuant to Federal Rules of Civil Procedure 56, **Summary Judgment**: A party may move for summary judgment, identifying such **claim or defense** – or the part of such **claim or defense** – on which summary judgment is sought… When the plaintiff puts these parts of the English Language together, looking to the Blacks Law Dictionary for understanding it is quite clear that a "Claim for Defense" can easily fall within the meaning of insufficient defense, especially when the defendants have used their authority and office as a badge, obtained information not able to be obtained by ordinary law-abiding individuals in order to gain an upper hand… Just because they can get away with it. Corrupt and Illegal activity done by individuals in authority no matter the reasoning is still corrupt and illegal and should be punished or at least shunned by the Courts. WHO ELSE HAS THE AUTHORITY?

2.) The plaintiff will accept the current ruling; the Federal Court System does not have authority to punish those individuals who so knowingly, intentionally and blatantly violate their well established U.S.C.A. Statutes. The plaintiff is currently looking for information on what court if any, deals with individuals who violate Federal Criminal Statutes.

Wherefore the plaintiff submits this objection to the Order handed down in the above styled cause by the Honorable Magistrate Holmes on the 11th day of March 2025.

Respectfully Submitted,

*Donald Middlebrooks #129769*
R.M.S.I. Unit 2
7475 Cockrill Bend Blvd.
Nashville, Tennessee 37209-1048

2

## CERTIFICATE OF SERVICE

I Donald Middlebrooks, do hereby certify that I have send a true and exact copy of the foregoing, via first class mail, postage prepaid to Mr. Brian Enright, BPR# 041742, Assistant Attorney General, P.O. Box 20207, Nashville, Tennessee 37202, this the 18th day of March 2025.

_____
Donald Middlebrooks #129769
R.M.S.I. Unit 2
7475 Cockrill Bend Blvd.
Nashville, Tennessee 37209-1048

Donald Middlebroorks #129769
R.M.S.I. Unit 2
7475 Cockrill Bend Blvd.
Nashville, Tennessee 37209

RECEIVED
MAR 18 2025
RMSI MAILROOM
OUTGOING LEGAL

**LEGAL MAIL**

**ATTN: Clerk**

RECEIVED
MAR 26 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

**United States District Court
Middle District of Tennessee
719 Church Street, Suite 1300
Nashville, Tennessee 37203**

The Dept of Corrections/RMSI
HAS NOT inspected nor
approved and is not
responsible for the contents